# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-86 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| FIRSTENERGY CORP., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF HEARING &
## ORDER REGARDING MEMBERS OF THE PUBLIC

The Court hereby sets this case for a video status conference, to be held on July 27, 2021 at 3:30 p.m.  The Court will email the video conference instructions to counsel.  Any member of the public, who is not a party to the case, may join the conference as a non-participant by calling: (571) 317-3122; Access Code: 854-573-445.

In order to minimize disruption, and to ensure the order and integrity of the proceedings, the Court **ORDERS** as follows:

(1) Non-participants are required to mute their telephones during all stages of the proceedings;

(2) Non-participants should call into the hearing shortly before 3:30 p.m., as the Court will lock the virtual hearing room once the hearing is underway; and

(3) Video and/or audio recording of any proceeding is prohibited.

**IT IS SO ORDERED**.

Date: 7/23/2021

Timothy S. Black
United States District Judge