# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**FIRSTENERGY CORP.,**<br><br>Defendant. | **CASE NO. 1:21-cr-00086-TSB-1**<br><br>**JUDGE BLACK** |

## NOTICE OF WITHDRAWAL

Pursuant to Southern District of Ohio Local Criminal Rule 83.4(d), attorney Stephen G. Sozio respectfully submits this notice of withdrawal as counsel of record for Defendant FirstEnergy Corp. in the above-captioned case. Good cause exists for his withdrawal because Mr. Sozio is retiring from Jones Day, the law firm representing FirstEnergy Corp. Attorney Adam J. Hollingsworth of Jones Day will continue to represent FirstEnergy Corp. and will replace Mr. Sozio as Lead Counsel in this matter.

Date: December 20, 2023

/s/ *Stephen G. Sozio*
Stephen G. Sozio
Adam J. Hollingsworth
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Phone: +1.216.586.3939
sgsozio@jonesday.com
ahollingsworth@jonesday.com

*Lead Counsel for FirstEnergy Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Adam J. Hollingsworth*
*Counsel for FirstEnergy Corp.*